William Aschtgen, and June A. Aschtgen, Plaintiffs-Appellees, v. Hyman Raffle, M. B. Raffle, and Aaron Raffle, d/b/a Triple Tite Construction Company, Defendants-Appellants.

Gen. No. 10,956.

Second District.

October 3, 1956.

Released for publication October 20, 1956.

Cannariato & Nicolosi, for appellant; Sam J. Cannariato, of counsel; Russell J. Goldman, for appellee; Harold Stern, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.